# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0608. ARTHUR JOHN ARNOLD v. THE STATE.

Arthur John Arnold pled guilty to burglary in the first degree and theft by taking. He subsequently filed a motion to withdraw his guilty plea, which the trial court denied. He then filed this timely[1] application for discretionary review.

While "[d]irect appeals from guilty pleas" must be brought by application, see OCGA § 5-6-35(a)(5.3), appeals from denials of motions to withdraw guilty pleas remain directly appealable. See *Peoples v. State*, 378 Ga. App. 740, 741 n.1 (927 SE2d 351) (2026); see also *Williams v. State*, ___ Ga. ___ (2026), S26D1481, slip op. at 1 (Ga. June 10, 2026).

This Court will grant a timely discretionary application if the lower court's order is directly appealable. See OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED. Arnold shall have ten days from the date of this order to file a notice of appeal with the trial court if he has not already done so. See OCGA § 5-6-35(g).

---

[1] Arnold filed for an extension of time to file his application, which this Court granted. See Case No. A26E0199.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___06/26/2026_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*